**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ernesto Javier Martinez Alegria

                          Plaintiff,

v.                                           Case No.: 1:26–cv–06511
                                           Honorable John J. Tharp Jr.

Samuel Olson

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: Hearing on petition for writ of habeas corpus [1] held. For the reasons set forth in the accompanying Memorandum Opinion, the petition is granted in part. On or before June 15, 2026, the petitioner must be provided with a bond hearing before an Immigration Judge ("IJ"). Absent a timely bond hearing, the respondent is directed to release the petitioner under reasonable conditions of supervision until such a bond hearing has been provided. The parties are directed to file, no later than June 16, 2026, a status report upon the occurrence of a bond hearing or the petitioner's release. Brian English, Warden for the Miami Correctional Facility in Bunker, Indiana, is the proper respondent. The listed government officials––Samuel Olson and Markwayne Mullin––are dismissed from the case. The Clerk is directed to terminate Respondents Samuel Olson and Markwayne Mullin and alter the case caption accordingly. Enter Memorandum Opinion. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.