**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ERNESTO JAVIER MARTINEZ ALEGRIA, | ) ) | |
| Petitioner, | ) ) | No. 26 CV 06511 |
| | ) | Judge John J. Tharp, Jr. |
| v. | ) ) | |
| | ) | |
| BRIAN ENGLISH, | ) ) | |
| Respondent. | ) | |

**JUDGMENT ORDER**

This action having been decided by Judge John J. Tharp, Jr., case is dismissed on petitioner

having been given a bond hearing, it is hereby ORDERED:

Judgment is hereby entered in favor of petitioner Ernesto Javier Martinez Alegria and

against respondent Brian English. Respondent shall not recover costs from petitioner.

Date: June 17, 2026

John J. Tharp, Jr.
United States District Judge